Dewald v S&P Assoc. of N.Y. LLC (2023 NY Slip Op 04633)

Dewald v S&P Assoc. of N.Y. LLC

2023 NY Slip Op 04633

Decided on September 14, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 14, 2023

Before: Kern, J.P., Friedman, Gesmer, Moulton, Rodriguez, JJ. 

Index No. 654981/19 Appeal No. 256 Case No. 2022-03479 

[*1]Jerome W. Dewald, Plaintiff-Respondent,
v
S&P Associates of New York LLC et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Melissa A. Crane, J.), entered on or about April 30, 2021,
And said appeal having been withdrawn after argument by counsel for the respective parties;
It is unanimously ordered that said appeal be and the same is hereby dismissed in accordance with the terms of the unopposed motion (M-2023-03357).
ENTERED: September 14, 2023